**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VENESSA BALAN,

      Plaintiff,

v.                                                          Case No. 3:19-cv-351-J-34JBT

VESTCOR FUND XXII, LTD., et al.,

      Defendants.
_____

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 40; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on November 2, 2020. In the Report, Judge Toomey recommends that Defendants' Motion for Judgment on the Pleadings (Dkt. No. 31; Motion) be denied. See Report at 1, 9. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 40) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motion for Judgment on the Pleadings (Dkt. No. 31) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

2