**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VENESSA BALAN,

    Plaintiff,

v.

                                           Case No. 3:19-cv-351-MMH-JBT

VESTCOR FUND XXII, LTD., et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Plaintiff's Motion In Limine to Exclude Evidence and Argument Related to Certain Information Regarding the Family Planning Organization Where Plaintiff Worked (Doc. 55; Motion), filed on May 3, 2021. Upon review, the Court notes that Plaintiff has failed to provide adequate certification under Local Rule 3.01(g), United States District Court, Middle District of Florida (Local Rule(s)), confirming that she has conferred with counsel for Defendants in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel for Defendants agree to the relief requested in the Motion. Counsel for Plaintiff merely states in a footnote Defendants' purported position on the issues. Motion at 1, n. 1. Therefore, the

1

Court will direct Plaintiff to file a supplement (1) certifying that counsel for Plaintiff has conferred with opposing counsel and (2) indicating whether counsel agree on the resolution of the Motion, as Local Rule 3.01(g) requires.

**ORDERED**:

1. Plaintiff's Motion In Limine to Exclude Evidence and Argument Related to Certain Information Regarding the Family Planning Organization Where Plaintiff Worked (Doc. 55) is **TAKEN UNDER ADVISEMENT**.

2. On or before **May 19, 2021**, Plaintiff shall file a supplemental certification pursuant to Local Rule 3.01(g) regarding Defendants' position on the Motion.

**DONE AND ORDERED** in Jacksonville, Florida, on May 5, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc28
Copies to:

Counsel of Record

2